[No. 21132-7-II.    Division Two.    June 26, 1998.]

JOHN MURPHY, ET AL., *Respondents*, v. GABRIELE WESTBURG, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 94-2-04205-7, Christine A. Pomeroy, J., entered August 12, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 21519-5-II.    Division Two.    June 26, 1998.]

KIM CORNATZER, *Respondent*, v. DENNIS GRELIS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-06316-6, Waldo F. Stone, J., entered December 6, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Hunt, JJ.

[No. 21563-2-II.    Division Two.    June 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS E. LUDVIGSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 96-1-00432-7, Gordon Godfrey, J., entered December 23, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 21693-1-II.    Division Two.    June 26, 1998.]

THE BLUFFS DIVISION II PARK PROTECTION ASSOCIATION, ET AL., *Respondents*, v. TERI RADICH, ET AL., *Defendants*, WILLIAM MILLER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clallam County, No. 91-2-00254-4, George L. Wood, J., entered January 17, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Hunt, JJ.